NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDWARD WEBB, DOC #109823,  )
                            )
        Appellant,          )
                            )
v.                          )
                            )        Case No. 2D17-4567
                            )
STATE OF FLORIDA,           )
                            )
        Appellee.           )
_____)

Opinion filed July 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County, Michelle Sisco,
Judge.

Edward Webb, pro se.


PER CURIAM.


        Affirmed.


NORTHCUTT, SLEET, and ATKINSON, JJ., Concur.